IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DERMAFOCUS LLC, | ) |
|         Plaintiff, | ) ) ) |
|     v. | ) C.A. No. 15-654-MN ) |
| ULTHERA, INC. and<br>MERZ NORTH AMERICA, INC., | ) ) ) |
|         Defendants. | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DermaFocus LLC ("DermaFocus") and Defendants Ulthera, Inc. and Merz North America, Inc. ("Ulthera"), pursuant to Fed. R. Civ. P. 41(a), that DermaFocus's claims in this matter be, and hereby are, dismissed WITH PREJUDICE, and Ulthera's counterclaims in this matter be, and hereby are, dismissed WITH PREJUDICE, with each party bearing its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated: June 14, 2019 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for DermaFocus LLC* | /s/ Megan C. Haney<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Ulthera, Inc. and Merz North America, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Maryellen Noreika
United States District Judge